IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JONATHAN ALICEA,

     Petitioner,

v.                                    Case No. 5D16-1723

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed June 24, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Jonathan Alicea, Raiford, pro se Petitioner.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

     The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 23, 2015, judgment and sentence in Case No. 2014-CF-008060-A-O, in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

     PETITION GRANTED.

SAWAYA, TORPY, COHEN, JJ., concur.